ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ARIEL A. NEUMAN (Cal. State Bar No.: 241594)
JUSTIN RHOADES (Cal. State Bar No.: 230463)
JEFF MITCHELL (Cal. State Bar No.: 236225)
Assistant United States Attorneys
Violent & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2917/3380/0698
    Facsimile: (213) 894-6269/3713
    E-mail: ariel.neuman@usdoj.gov
        justin.rhoades@usdoj.gov
        jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK U.S. DISTRICT COURT
NOV 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  CR No. 09-230(A)-SVW
                    Plaintiff, )  [~~proposed~~] FINDINGS OF FACT AND
                           )  ORDER REGARDING PRETRIAL
                v.  )  DETENTION OF DEFENDANT DAVID
                           )  PITTS
RAMON NARCISO MORALEZ  )
MENDOZA, ET AL.,  )
                    Defendants.  )

The Court having reviewed and considered the First Superseding Indictment in this matter, the Pretrial Services Report related to defendant David Pitts ("defendant"), the proffered testimony of Drug Enforcement Administration Special Agent Gregory Conners, and the argument of counsel for the United States, finds as follows:

1. There is probable cause to believe that defendant has committed an offense under Title 21 with a ten-year or greater maximum penalty, and pursuant to 18 U.S.C. § 3142(e), the Court therefore presumes that no condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of the community.

2. Defendant has not offered evidence sufficient to rebut the statutory presumption.

3. Defendant appears to have taken steps to avoid arrest since the time of indictment and therefore poses an additional risk of non-appearance.

4. Defendant's lengthy criminal history, including numerous parole and probation violations, suggests that defendant poses an additional danger to the community.

//

Good cause therefore having been shown, defendant is ordered DETAINED pending trial in this matter.

IT IS SO ORDERED.

_11/29/11_          _[signature]_
DATE                THE HONORABLE STEPHEN V. WILSON
                    UNITED STATES DISTRICT JUDGE

Presented by:

_/s/_
ARIEL A. NEUMAN
Assistant United States Attorney

2